UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DARYL G. ROSHELL (#418339) | CIVIL ACTION |
| VERSUS | NO. 24-222-JWD-EWD |
| ALICE WASHINGTON, ET AL. | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 1, 2025 (Doc. 11), to which no objection was filed;

**IT IS ORDERED** that Plaintiff Daryl G. Roshell's federal claims for deliberate medical indifference arising from the claims regarding his request for mental health, as well any potential claims for monetary relief against Sergeant Alice Washington, Major R.B. Roe, Lieutenant Harold, and Captain Bodernot in their official capacities are **DISMISSED WITH PREJUDICE,** that the Court declines the exercise of supplemental jurisdiction over potential state law claims, and that this matter is **REFERRED** to the magistrate judge for further proceedings on Plaintiff's federal claims for monetary relief against the following Defendants in their individual capacities for the following claims: excessive force against Roe, Harold, and Bodernot; failure to intervene against all Defendants; and deliberate indifference to a serious medical need against all Defendants for failing to obtain medical care for Roshell when he was paralyzed.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **SUBSTITTUTE** Unknown Captain Bodernot for Unknown Captain Gilliot as a defendant in this case.

Signed in Baton Rouge, Louisiana, on <u>July 29, 2025</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**